AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00655 |
| MARK ANDREW MAZZA | ) Assigned To : Faruqui, Zia M. |
| ████ | ) Assign. Date : 11/12/2021 |
| | ) Description: Complaint w/ Arrest Warrant |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1512(c)(2) | Obstructing any official proceeding (Congressional Proceeding and Grand Jury) |
| 18 U.S.C. § 1752(a)(1), (2) (4) and §1752(b)(1)(A) | Knowingly enter or remain in any restricted building or grounds; knowingly, and with intent to impede or disrupt the orderly conduct of Government business; and engage in physical violence, all while carrying a deadly or dangerous weapon |
| 18 U.S.C. §231(a)(3) | Obstructing law enforcement officer during a civil disorder |
| 40 U.S.C. § 5104(e)(1)(A)(i), (2)(D) and (F) | Carry, or have readily accessible, a firearm on Capitol Grounds; utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct; and engage in acts of physical violence |
| 22 D.C. Code §4504, and 7 D.C. Code §§ 2502.01, and 2506.01 | Possess a pistol, firearm, or ammunition outside their home or place of business, in D.C., without a license and registration |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Richard T. Larity* (digitally signed 2021.11.12 11:09:25 -05'00')

Complainant's signature

Richard Larity, Special Agent

Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ (specify reliable electronic means).

Date: __11/12/2021__

Judge's signature

City and state: __Washington, DC__    U.S. Magistrate Judge Zia Faruqui

Printed name and title