AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
| MARK ANDREW MAZZA | ) Case No. 21-MJ-655 (ZMF) |
| ▓▓▓▓▓▓▓▓▓ | ) |
| Defendant(s) | ) |

Revised    **CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1512(c)(2) | Obstructing any official proceeding (Congressional Proceeding and Grand Jury) |
| 18 U.S.C. § 1752(a)(1), (2) (4) and §1752(b)(1)(A) | Knowingly enter or remain in any restricted building or grounds; knowingly, and with intent to impede or disrupt the orderly conduct of Government business; and engage in physical violence, all while carrying a deadly or dangerous weapon |
| 18 U.S.C. §231(a)(3) | Obstructing law enforcement officer during a civil disorder |
| 40 U.S.C. § 5104(e)(1)(A)(i), (2)(D) and (F) | Carry, or have readily accessible, a firearm on Capitol Grounds; utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct; and engage in acts of physical violence |
| 22 D.C. Code §4504, and 7 D.C. Code §§ 2502.01, and 2506.01 | Possess a pistol, firearm, or ammunition outside their home or place of business, in D.C., without a license and registration |
| 18 U.S.C. § 111(a)(1) and (b) | Forcibly assault federal officers or employees |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Richard Larity, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ (specify reliable electronic means).

Date: __11/12/2021__

_____
Judge's signature

City and state: __Washington, DC__    U.S. Magistrate Judge Zia Faruqui
Printed name and title