AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**

NOV 1 8 2021

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

United States of America
v.
MARK ANDREW MAZZA
Date of Birth 12/30/1964

)
)
)
)
)
)
)

Case: 1:21-mj-00655
Assigned To : Faruqui, Zia M.
Assign. Date : 11/12/2021
Description: Complaint w/ Arrest Warrant

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Mark Andrew Mazza**                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1512(c)(2) - obstructing any official proceeding (Congressional Proceeding and Grand Jury)
18 U.S.C. § 1752(a)(1), (2) (4) and §1752(b)(1)(A)- knowingly enter or remain in any restricted building or grounds, knowingly, and with intent
to impede or disrupt the orderly conduct of Government business; and engage in physical violence, all while carrying a deadly or dangerous
weapon
18 U.S.C. §231(a)(3) - obstructing law enforcement officer during a civil disorder
40 U.S.C. § 5104(e)(1)(A)(i), (2)(D) and (F) - carry, or have readily accessible, a firearm on Capitol Grounds; utter loud, threatening, or abusive
language, or engage in disorderly or disruptive conduct; and engage in acts of physical violence
22 D.C. Code §4504, and 7 D.C. Code §§ 2502.01, and 2506.01 - possess a pistol, firearm, or ammunition outside their home or place of business,
in D.C., without a license and registration

Date:   11/12/2021

Zia M. Faruqui
2021.11.12 20:54:01 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

Zia Faruqui U.S. Magistrate Judge

*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 11/12/21 | , and the person was arrested on *(date)* 11/17/21 |
| at *(city and state)* SHELBYVILLE, IN. | |
| Date: 11/18/21 | _Thul T. ____ #5005_ |
| | *Arresting officer's signature* |
| | S/A   RICHARD T. LANITY |
| | *Printed name and title* |